∎

Nicholas D. ANDREWS

v.

CROSS ATLANTIC CAPITAL PARTNERS, INC.

Nicholas D. Andrews

v.

Donald R. Caldwell

Petition of: Cross Atlantic Capital Partners, Inc. and Donald R. Caldwell

Nicholas D. Andrews

v.

Cross Atlantic Capital Partners, Inc.

Nicholas D. Andrews

v.

Donald R. Caldwell

Petition of: Cross Atlantic Capital Partners, Inc. and Donald R. Caldwell

No. 272 MAL 2017
No. 273 MAL 2017

Supreme Court of Pennsylvania.

October 2, 2017

### ORDER

PER CURIAM

AND NOW, this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

∎

COMMONWEALTH of Pennsylvania, Respondent

v.

Ryan Andrew MEHL, Petitioner

No. 316 MAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

∎

COMMONWEALTH of Pennsylvania, Respondent

v.

Joshua J. STOKES, Petitioner

No. 200 EAL 2017

Supreme Court of Pennsylvania.

October 3, 2017